UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 9:26-cv-00718

**Alain Nuez Medina,**
*Petitioner,*
v.
**Markwayne Mullin et al.,**
*Respondents.*

## ORDER

This court's order referring the case to a magistrate judge (Doc. 4) is withdrawn. The magistrate judge's show cause order (Doc. 5) remains in effect.

*So ordered by the court on September 18, 2026.*

J. CAMPBELL BARKER
United States District Judge