UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 9:26-cv-00718

**Alain Nuez Medina,**
*Petitioner,*
v.
**Markwayne Mullin et al.,**
*Respondents.*

# ORDER

Before the court is a petition for a writ of habeas corpus. Doc. 1. Petitioner alleges that he entered the United States in 2021 and that the Department of Homeland Security ("DHS") apprehended him and released him on his own recognizance. Doc. 1 at 5. In late 2025, petitioner appeared for a credible-fear interview. *Id.* DHS took him into custody at that interview and continues to detain petitioner pending his removal proceedings. *Id.* An Immigration Judge has ordered petitioner removed from the United States, but petitioner's appeal of that order remains pending. Doc. 1 at 5–6; Doc. 7 at 2. The order of removal is therefore not final.

Petitioner argues that his detention without an individualized custody determination violates his rights to substantive and procedural due process under the Fifth Amendment. Doc. 1 at 10–11. He further brings ultra vires and *Accardi* claims. *Id.* at 11–12.

Petitioner's Fifth Amendment due process arguments are squarely foreclosed by recent Fifth Circuit precedent. *Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188, at *14 (5th Cir. Oct. 23, 2026) (en banc) (holding that mandatory detention under 8 § 1225(b)(2)(A) does not violate the detainee's Fifth Amendment right to due process).

Petitioner's remaining claims also fail. Petitioner is an applicant for admission subject to mandatory detention authorized under 8 U.S.C. § 1225(b)(2). *Buenrostro-Mendez v. Bondi*, 166 F.4th

494 (5th Cir. 2026). This is so despite petitioner's release under an order of recognizance, which can be revoked "at any time." *See* 8 U.S.C. § 1226(b). Thus, petitioner's ultra vires and *Accardi* arguments fail because his detention and re-detention are authorized by statute, with broad DHS discretion to revoke an order of recognizance at any time. Accordingly, the writ is denied.

*So ordered by the court on November 9, 2026.*

J. CAMPBELL BARKER
United States District Judge